| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi #177419<br>LAW OFFICE OF TYSON M. TAKEUCHI<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com | |
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Mabel Chow Castillo,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-37375-VZ<br>CHAPTER: 13<br><br>**DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**<br><br>No Hearing Required |
|---|---|

1. The Debtor requests that the court authorize the Mortgage Creditor, its successors in interest, its servicer, its beneficiary(ies) and/or its and their attorneys (Authorized Party) to establish contact and otherwise communicate with the Debtor and/or the Debtor's attorney, if applicable, regarding the Debtor's loan to explore the full range of solutions that may prevent either the loss of property to foreclosure, increased costs to the lender, or both. Potential solutions may include loan modification, loan refinance, forbearance, short sale, or surrender of the property in full satisfaction of the debt. Debtor asks the court to authorize direct communication between the Debtor, or the Debtor's attorney, if applicable, and the Authorized Party on the above-mentioned issues. The authorization requested will be valid notwithstanding the automatic stay provisions of 11 U.S.C. § 362(a), and the Authorized Party will not be held liable for violations of the stay for communication in furtherance of that purpose during Debtor's case.

2. Property address: 2428 East 10th Street, Long Beach, California 90804-4606

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                        **F 4001-1.6.DEBTOR.APP.LOAN.MOD**

3. Name of Authorized Party with whom Debtor seeks to enter discussions:

   Ocwen Loan Servicing, LLC

   Authorized Party is:

   ☐ Mortgage creditor        ☐ Attorney for mortgage creditor

   ☐ Successor in interest    ☐ Attorney for successor in interest

   ☒ Servicer                 ☐ Attorney for servicer

4. Priority of lien:    ☒ First trust deed    ☐ Second trust deed

   ☐ Other (*specify*): 

5. (*Check one box, if applicable*):

   ☐ I am not represented by an attorney in this bankruptcy case.

   ☐ I am represented by an attorney in this bankruptcy case but have been unable to obtain my attorney's consent to communicate with the Authorized Party listed above.

   ☒ I am represented by an attorney in this bankruptcy case, whose consent appears below.


Date: 02/28/2014

_____
Signature of Debtor

Mabel Chow Castillo
Printed name of Debtor

**CONSENT OF DEBTOR'S ATTORNEY (if applicable)**

I am the attorney in this bankruptcy case. By my signature below I give my full and voluntary consent for the Debtor to communicate with the Authorized Party listed on this form in furtherance of the **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY**. My signature below does not confer my sanction of, or in any way obligate me to assist in, any or all agreements the Debtor may or may not reach with the respect to the Authorized Party.

Date: 02/28/2014

Signature of Debtor's attorney

Tyson M. Takeuchi, SBN 177419
Printed name of Debtor's attorney

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2              **F 4001-1.6.DEBTOR.APP.LOAN.MOD**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Law Office of Tyson M. Takeuchi, 1100 Wilshire Boulevard, Suite 2606, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION FOR ORDER CONFIRMING THAT LOAN MODIFICATION DISCUSSION WILL NOT VIOLATE STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/28/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John R Callison    John.Callison@BuckleyMadole.com
Nancy K Curry (TR)    ecfnc@trustee13.com
Tyson Takeuchi    tyson@tysonfirm.com, tyson@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/28/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE: US Bankruptcy Court, 255 East Temple Street, Suite 1360, Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2014 | Albert Pfaffman | *[signed]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 4001-1.6.DEBTOR.APP.LOAN.MOD**